IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Eric Wells, | Case No. 1:15 CV 298 |
| Petitioner, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Christopher LaRose, Warden, | |
| Respondent. | |

This Court has reviewed the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 24) dismissing Petitioner's Writ of Habeas Corpus. Petitioner filed Objections (Doc. 27).

Petitioner had two underlying state cases. With respect to Case No. CR-09-525073, Petitioner appears to object that: (1) his Petition is not barred by the applicable statute of limitations (Doc. 27 at 4); (2) his arguments are not procedurally barred (*id.* at 7); and (3) he need not be in custody pursuant to a state conviction when his Petition is filed (*id.* 27 at 9). With respect to Case No. CR-10-536779, Petitioner appears to object that: (1) he was denied his constitutional rights to due process and a fair, open, and speedy trial (*id.* at 16–26); and (2) he had ineffective assistance of counsel (*id.* at 21–22). The bulk of his arguments appear to rely on the notion that the trial court lacked subject-matter jurisdiction over him and, thus, his sentences are void (*see id.* at 5–11, 17, 20, 22).

These objections raise no new arguments that were not previously, and correctly, addressed by the Magistrate Judge (*see* Doc. 24 at 15–17). Moreover, they fail to adequately address the reasons for dismissal identified in the R&R. The R&R accurately states the facts and law, and this Court adopts the R&R in full. The Petition for Writ of Habeas Corpus (Doc. 1) is dismissed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 7, 2017